IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES HARRELL                                                                    PETITIONER

v.                           Case No. 2:10CV00048 SWW-JTK

T.C. Outlaw, *Warden*,
FCI- Forrest City
                                                                               RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 21st day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE