IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES HARRELL                                                              PETITIONER

v.                          Case No. 2:10CV00048 SWW-JTK

T.C. Outlaw, *Warden*,
FCI- Forrest City                                                            RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 21st day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE